**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF NEW YORK
P.O. BOX 7365
100 SOUTH CLINTON STREET
SYRACUSE, NEW YORK 13261-7365

**SELF INITIATED
AMENDMENT**

TEL: 315-234-8590

CHAMBERS OF
NEAL P. McCURN
SENIOR JUDGE

August 28, 2006

Judge Ortrie D. Smith
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re:     Calendar Year 2005/Neal P. McCurn

Dear Judge Smith:

In response to your letter of August 15, 2006, I wish to amend my 2005 report as follows:

Part VII, page 7, line 59 to set forth in Column D(1) "Buy," D(2) "5/24/05" and D(3) "J" and in Column C(1)"J" instead of "K."

Sincerely,

Neal P. McCurn
Senior U.S. District Judge

NPM/sg

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) MCCURN, NEAL P | 2. Court or Organization US DISTRICT COURT NDNY | 3. Date of Report 05/10/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address P.O. Box 7365 100 S. Clinton St. Syracuse, NY 13261-7365 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 SEP -5 P 3: 32 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
| --- | --- | --- |
| 1. | NY State Employees Retirement System | $ 2,618 |
| 2. | Social Security | $ 27,105 |
| 3. | Catholic Relief Services (Annuity) | $ 847 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Accts. (Common Stocks&Bonds) UBS&RBC Dain Rauscher | | | | | | | | | |
| 2. AT&T | B | Dividend | K | T | | | | | |
| 3. QWEST | | None | J | T | | | | | |
| 4. Bell South | A | Dividend | K | T | | | | | |
| 5. SW Bell | A | Dividend | K | T | Merger | 11/22 | J | A | |
| 6. EOG Res. Inc | A | Dividend | K | T | | | | | |
| 7. Hewlett Packard | A | Dividend | J | T | | | | | |
| 8. NYS Urban Dev Corp Bond | | None | J | T | | | | | |
| 9. Bio Tech HLDRS Dep Repts | | None | K | T | REDEMPTION | 11/22 | K | A | |
| 10. Amer Elec Power Co | B | Dividend | K | T | | | | | |
| 11. IBM | A | Dividend | K | T | | | | | |
| 12. Intuitive Surgical - Stock | | None | K | T | | | | | |
| 13. Xerox | A | Dividend | J | T | | | | | |
| 14. LSI Logis-Stock | | None | J | T | | | | | |
| 15. YUMI Brands | | None | J | T | | | | | |
| 16. SunMicrosystems, Inc | | None | J | T | | | | | |
| 17. Motorola A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 19. First Busey Corp | A | Dividend | J | T | | | | | |
| 20. Comcast | A | Dividend | J | T | | | | | |
| 21. Lucent Tech | | None | J | T | | | | | |
| 22. Campbell Strategic Allocation Fund | D | Dividend | M | T | | | | | |
| 23. Kansas City Mun Bonds | | None | M | T | | | | | |
| 24. Long Island NY Power Auth | | None | K | T | | | | | |
| 25. So Carolina St Pub Bonds | | None | K | T | | | | | |
| 26. UBS M2 Fund | A | Dividend | K | T | | | | | |
| 27. Bristol Myers Com | A | Dividend | J | T | transfer | 11/27 | J | A | |
| 28. Time Warner | | None | J | T | transfer | 11/27 | J | A | |
| 29. Franklyn Temp Mutual Discovery | C | Dividend | K | T | buy | 10/27 | K | | |
| 30. Franklyn NY Tax Free Inc. | B | Dividend | K | T | buy | 03/25 | K | | |
| 31. NYS Dorm Catholic Health Bond | | None | K | T | buy | 6/11 | K | | |
| 32. Franklyn Temp Rising | B | Dividend | L | T | buy | 11/01 | L | | |
| 33. First Charter Bank | | None | L | T | buy | 10/27 | L | | |
| 34. UBS IRA Acct (Common Stocks & Bonds): | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WYETH | | | | | | | | | |
| 36. Bristol Myers | | | | | transfer | 11/27 | J | A | |
| 37. New Econ Fund | | | | | | | | | |
| 38. Boston Sci | | | | | | | | | |
| 39. UNILEVER | | | | | sell | 6/13 | K | B | |
| 40. Home Depot | | | | | sell | 5/9 | K | A | |
| 41. Haliburton Com | | | | | | | | | |
| 42. Lilly Eli & Co. | | | | | | | | | |
| 43. Simon Prop Group-REIT | | | | | | | | | |
| 44. UTD DOM Realty REIT | | | | | | | | | |
| 45. Target | | | | | | | | | |
| 46. Time Warner | | | | | transfer | 11/27 | J | | |
| 47. GMAC Bond | | | | | | | | | |
| 48. VODA Phone Group Bond | | | | | redemption | 5/12 | J | A | |
| 49. Franklyn Temp Rising Div. | | | K | T | buy | 4/12 | K | | |
| 50. Franklyn Temp. Mutual Discovery | | | K | T | buy | 5/9 | K | | |
| 51. FHLMC Stepup Bond | | | K | T | buy | 3/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCCURN, NEAL P | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. INDIVIDUAL ACCOUNT held in NPMcCurn name | | | | | | | | | |
| 53. U.S. Savings Bonds | | None | K | T | | | | | |
| 54. Dryfus Emer LDR Fund | A | Dividend | L | T | | | | | |
| 55. Dryfus Midcap Value Fund | A | Dividend | L | T | | | | | |
| 56. Dryfus Appreciation Fund | A | Dividend | J | T | | | | | |
| 57. Syracuse Police Fed Credit Union CDs & Base Acct | B | Dividend | K | T | | | | | |
| 58. M&T Bank Syracuse Checking Acct MetLife Bank & MM | A | Interest | J | T | | | | | |
| 59. MetLife Bank & Money Market Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, p. 5, #31 NYS Dorm Catholic Health Bond Purchased 06/11/03        Invertently Failed to Report Prior Hereto

2. Part VII, p 6,#51 FHLMc Stepup Bond        Purchased 03/17/04        Inadvertently Failed to Report Prior Hereto

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  5/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) MCCURN, NEAL P | 2. Court or Organization US DISTRICT COURT NDNY | 3. Date of Report 05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address P.O. Box 7365 100 S. Clinton St. Syracuse, NY 13261-7365 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | NY State Employees Retirement System | $ 2,618 |
| 2. | Social Security | $ 27,105 |
| 3. | Catholic Relief Services (Annuity) | $ 847 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

|X|  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

|X|  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Accts. (Common Stocks&Bonds) UBS&RBC Dain Rauscher | | | | | | | | | |
| 2. AT&T | B | Dividend | K | T | | | | | |
| 3. QWEST | | None | J | T | | | | | |
| 4. Bell South | A | Dividend | K | T | | | | | |
| 5. SW Bell | A | Dividend | K | T | Merger | 11/22 | J | A | |
| 6. EOG Res. Inc | A | Dividend | K | T | | | | | |
| 7. Hewlett Packard | A | Dividend | J | T | | | | | |
| 8. NYS Urban Dev Corp Bond | | None | J | T | | | | | |
| 9. Bio Tech HLDRS Dep Repts | | None | K | T | REDEMPTION | 11/22 | K | A | |
| 10. Amer Elec Power Co | B | Dividend | K | T | | | | | |
| 11. IBM | A | Dividend | K | T | | | | | |
| 12. Intuitive Surgical - Stock | | None | K | T | | | | | |
| 13. Xerox | A | Dividend | J | T | | | | | |
| 14. LSI Logis-Stock | | None | J | T | | | | | |
| 15. YUMI Brands | | None | J | T | | | | | |
| 16. SunMicrosystems, Inc | | None | J | T | | | | | |
| 17. Motorola A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 19. First Busey Corp | A | Dividend | J | T | | | | | |
| 20. Comcast | A | Dividend | J | T | | | | | |
| 21. Lucent Tech | | None | J | T | | | | | |
| 22. Campbell Strategic Allocation Fund | D | Dividend | M | T | | | | | |
| 23. Kansas City Mun Bonds | | None | M | T | | | | | |
| 24. Long Island NY Power Auth | | None | K | T | | | | | |
| 25. So Carolina St Pub Bonds | | None | K | T | | | | | |
| 26. UBS M2 Fund | A | Dividend | K | T | | | | | |
| 27. Bristol Myers Com | A | Dividend | J | T | transfer | 11/27 | J | A | |
| 28. Time Warner | | None | J | T | transfer | 11/27 | J | A | |
| 29. Franklyn Temp Mutual Discovery | C | Dividend | K | T | buy | 10/27 | K | | |
| 30. Franklyn NY Tax Free Inc. | B | Dividend | K | T | buy | 03/25 | K | | |
| 31. NYS Dorm Catholic Health Bond | | None | K | T | buy | 6/11 | K | | |
| 32. Franklyn Temp Rising | B | Dividend | L | T | buy | 11/01 | L | | |
| 33. First Charter Bank | | None | L | T | buy | 10/27 | L | | |
| 34. UBS IRA Acct (Common Stocks & Bonds): | E | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WYETH | | | | | | | | | |
| 36. Bristol Myers | | | | | transfer | 11/27 | J | A | |
| 37. New Econ Fund | | | | | | | | | |
| 38. Boston Sci | | | | | | | | | |
| 39. UNILEVER | | | | | sell | 6/13 | K | B | |
| 40. Home Depot | | | | | sell | 5/9 | K | A | |
| 41. Haliburton Com | | | | | | | | | |
| 42. Lilly Eli & Co. | | | | | | | | | |
| 43. Simon Prop Group-REIT | | | | | | | | | |
| 44. UTD DOM Realty REIT | | | | | | | | | |
| 45. Target | | | | | | | | | |
| 46. Time Warner | | | | | transfer | 11/27 | J | | |
| 47. GMAC Bond | | | | | | | | | |
| 48. VODA Phone Group Bond | | | | | redemption | 5/12 | J | A | |
| 49. Franklyn Temp Rising Div. | | | K | T | buy | 4/12 | K | | |
| 50. Franklyn Temp. Mutual Discovery | | | K | T | buy | 5/9 | K | | |
| 51. FHLMC Stepup Bond | | | K | T | buy | 3/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. INDIVIDUAL ACCOUNT held in NPMcCurn name | | | | | | | | | |
| 53. U.S. Savings Bonds | | None | K | T | | | | | |
| 54. Dryfus Emer LDR Fund | A | Dividend | L | T | | | | | |
| 55. Dryfus Midcap Value Fund | A | Dividend | L | T | | | | | |
| 56. Dryfus Appreciation Fund | A | Dividend | J | T | | | | | |
| 57. Syracuse Police Fed Credit Union CDs & Base Acct | B | Dividend | K | T | | | | | |
| 58. M&T Bank Syracuse Checking Acct MetLife Bank & MM | A | Interest | J | T | | | | | |
| 59. MetLife Bank & Money Market Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, p. 5, #31 NYS Dorm Catholic Health Bond Purchased 06/11/03     Invertently Failed to Report Prior Hereto

2. Part VII, p 6,#51 FHLMc Stepup Bond     Purchased 03/17/04     Inadvertently Failed to Report Prior Hereto

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____   Date  5/12/06

NOTE: ANY INDI▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮S OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544